UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAAKON BJELKE BLEGEN,<br><br>    Plaintiff,<br><br>        v.<br><br>UNKNOWN DEFENDANTS,<br><br>    Defendants. | NO. CV-05-282-RHW<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On September 15, 2005, Magistrate Judge Imbrogno denied Plaintiff's Application to Proceed In Forma Pauperis, with leave to renew (Ct. Rec. 2). Plaintiff was directed to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application. Plaintiff has failed to respond.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 5th day of January, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\blegen.dismiss.wpd

**ORDER DISMISSING CASE, WITHOUT PREJUDICE ~ 1**